4. The defendant voluntarily agrees to waive prosecution by indictment in open court.

5. The defendant voluntarily agrees to plead guilty to a one-count Information charging as follows:

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

1. Beginning in or about June 2004, and continuing through on or about July 31, 2009, in the State and Eastern District of Wisconsin and elsewhere,

SHAMIKA EVANS,
a/k/a "MIKA,"

did knowingly and intentionally conspire with others known and unknown to recruit, entice, harbor, transport, provide, and obtain by any means, in and affecting interstate commerce, minor and adult females, knowing that force, fraud, and coercion would be used to cause the females to engage in commercial sex acts, in violation of Title 18, United States Code, § 1591.

Acts In Furtherance Of The Conspiracy

In furtherance of the conspiracy, EVANS committed and caused to be committed various acts within the Eastern District of Wisconsin and elsewhere, including but not limited to the following:

2. In June 2004, at the direction of co-conspirator DERRICK AVERY, EVANS instructed prostituted female # 7 in the rules of AVERY'S prostitution business.

3. In August 2004, at the direction of co-conspirator DERRICK AVERY, EVANS encouraged prostituted child B to travel to Las Vegas, Nevada to work for co-conspirator AVERY as a prostitute.

2

